HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SHANE HOUSDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE HOUSDEN,<br><br>Defendant. | Case No. 6:20-po-00030 JDP<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE; [PROPOSED] ORDER**<br><br>DATE:   March 31, 2020<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Benjamin Gerson, counsel for Shane Housden, that the Court continue the status conference scheduled for March 10, 2020 until to March 31, 2020, at 10:00 a.m.

After discussion with co-defendant's counsel, the parties request a further continuance to allow the co-defendants to appear on the same date.

///

///

///

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 4, 2020                     */s/ Susan St. Vincent*
                                        Susan St. Vincent
                                        Yosemite Legal Officer
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 4, 2020                     */s/ Benjamin Gerson*
                                        BENJAMIN GERSON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SHANE HOUSDEN


**O R D E R**

The Court hereby grants the parties' request to continue the March 10, 2020 initial appearance to March 31, 2020, at 10:00 a.m.


Dated: _____                   _____
                                        Honorable Jeremy D. Peterson
                                        United States Magistrate Judge