1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY BAR #5505144
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   SHANE HOUSDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:20-po-00030 JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE; ORDER** |
| vs. | |
| SHANE HOUSDEN, | DATE: March 31, 2020<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Benjamin Gerson, counsel for Shane Housden, that the Court continue the status conference scheduled for March 10, 2020 until to March 31, 2020, at 10:00 a.m.

After discussion with co-defendant's counsel, the parties request a further continuance to allow the co-defendants to appear on the same date.

///

///

///

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 4, 2020                */s/ Susan St. Vincent*
                                    Susan St. Vincent
                                    Yosemite Legal Officer
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 4, 2020                */s/ Benjamin Gerson*
                                    BENJAMIN GERSON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SHANE HOUSDEN

ORDER

The court hereby grants the parties' request to continue the March 10, 2020 initial appearance to March 31, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE