Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 213-8743

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  6:20-po-00030-HBK |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS** |
| SHANE W. HOUSDEN, | |
| Defendant. | |

The Defendant having met all conditions of the Deferred Entry of Judgement, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated:  April 29, 2021                     /s/ *Sean O. Anderson*
                                            Sean O. Anderson
                                            Legal Officer
                                            Yosemite National Park

1